## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| VENUS WATERS and MARK WATERS,　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Plaintiffs,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　　　) | CIVIL ACTION FILE NO. |
| 　　　　　　　　　　　　　　　　　　) | 2016CV00081 |
| BLUELINX CORPORATION, USA DRIVERS,　) | |
| INC., AUTOMOTIVE RENTALS, INC., JT　) | |
| MARTIN ENTERPRISES, INC., ATLANTA　) | |
| COMMERCIAL TIRE, INC. and VIRGIL　) | |
| LACEY,　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Defendants,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| and　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| AUTOMOTIVE RENTALS, INC.,　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Third-Party Plaintiff,　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| BRIDGESTONE AMERICAS TIRE　　　　) | |
| OPERATIONS, LLC and MTR FLEET　　　) | |
| SERVICES, INC.,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Third-Party Defendants.　　　) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the PLAINTIFF VENUS WATERS and MARK WATERS' OFFERS OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68 AND UNLIQUIDATED DAMAGES DEMAND PURSUANT TO O.C.G.A. § 51-12-14 TO ATLANTA COMMERCIAL TIRE, INC. has this day been served upon all counsel of record listed below by via statutory overnight mail:

Harry W. Bassler, Esquire
Crim & Bassler, L.L.P.
100 Galleria Parkway
Suite 1510
Atlanta, Georgia 30339

Kimberly D. Steven, Esquire
Hawkins Parnell Thackston & Young, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308

Wayne S. Melnick, Esquire
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339

Allison M. Escott, Esquire
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

Jeffrey W. Melcher, Esquire
Gordon & Rees, LLP
3455 Peachtree Road
Suite 1500
Atlanta, Georgia 30326

John Hamrick, Esquite
Holland & Knight LLP
1180 West Peachtree Street
Suite 1800
Atlanta, Georgia 30309

Dated on August 18, 2016.

Respectfully Submitted,

**FRIED ROGERS GOLDBERG, LLC**

By: */s/ Michael L. Goldberg*
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472

Two Alliance Center
3560 Lenox Road, N.E.
Suite 1250
Atlanta, Georgia 30326
404-591-1800
Fax: (404) 591-1800
Email: michael@frg-law.com

Attorney for Plaintiffs

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| VENUS WATERS and MARK WATERS, )<br><br>    Plaintiffs, )<br><br>v. )<br><br>BLUELINX CORPORATION, USA DRIVERS, )<br>INC., AUTOMOTIVE RENTALS, INC., JT )<br>MARTIN ENTERPRISES, INC., ATLANTA )<br>COMMERCIAL TIRE, INC. and VIRGIL )<br>LACEY, )<br><br>    Defendants, )<br><br>and )<br><br>AUTOMOTIVE RENTALS, INC., )<br><br>    Third-Party Plaintiff, )<br><br>v. )<br><br>BRIDGESTONE AMERICAS TIRE )<br>OPERATIONS, LLC and MTR FLEET )<br>SERVICES, INC., )<br><br>    Third-Party Defendants. )<br> | CIVIL ACTION FILE NO.<br>2016CV00081 |

### PLAINTIFF MARK WATERS' OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68 AND UNLIQUIDATED DAMAGES DEMAND PURSUANT TO O.C.G.A. § 51-12-14

**VIA STATUTORY OVERNIGHT MAIL:**

TO: Defendant Atlanta Commercial Tire, Inc., by and through counsel of record.

COMES NOW Mark Waters, ("Plaintiff"), in the above-captioned action, and pursuant to O.C.G.A. §9-11-68 and 51-12-14, hereby offer to settle all claims against Defendant Atlanta Commercial Tire, Inc. ("ACT") as follows:

1.

The offer to settle is for a consent judgment against ACT and the payment of **ONE MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS** ($1,500,000.00) to Plaintiff Mark Waters, in exchange for a satisfaction of judgment and a dismissal **with prejudice** as to all of Plaintiff's claims against ACT.

2.

As a condition to this offer, Plaintiff is willing to satisfy all valid liens against the claims set forth in the Complaint or against the recovery made by Plaintiff under this Offer of Settlement.

3.

This offer includes amounts for any and all claims asserted by Plaintiff against ACT in this tort action, including loss of companionship, society and consortium, and claim for attorney's fees and/or expenses of litigation.

4.

The settlement in accordance with this offer is to be in full and final settlement of any and all claims (not limited to tort claims) by Plaintiff against ACT for the claims which form the basis of this lawsuit and which are the subject matter of this litigation.

5.

This offer of settlement is made solely for the purposes specified in O.C.G.A. §9-11-68, and is not to be construed either as an admission against interest or any limitation on the amount Plaintiff can recover in this action.

6.

The amount set forth in Paragraph 1 includes Zero Dollars ($0.00) for punitive damages.

7.

In accordance with O.C.G.A. §9-11-68, if this offer of settlement is not accepted by ACT

within thirty (30) days after service of the offer, the offer shall be deemed withdrawn, and any

evidence of this offer will be inadmissible except in any proceeding to recover costs and attorney's

fees.

8.

This demand is also being made pursuant to the Unliquidated Damages Act O.C.G.A. § 51-

12-14.

Dated on August 18, 2016.

**FRIED ROGERS GOLDBERG LLC**


**MICHAEL L. GOLDBERG**
Georgia State Bar Number 299472
Attorneys for Plaintiff

Two Alliance Center
3560 Lenox Road, N.E.
Suite 1250
Atlanta, Georgia 30326-4275
(404) 591-1800
(404) 591-1801 (fax)
Email: Michael@frg-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Offer of Settlement

has this day been served upon all counsel of record by placing a copy of same in overnight mail,

as follows:

Harry W. Bassler, Esquire
Crim & Bassler, L.L.P.
100 Galleria Parkway
Suite 1510
Atlanta, Georgia 30339

Wayne S. Melnick, Esquire
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

Jeffrey W. Melcher, Esquire
Gordon & Rees, LLP
3455 Peachtree Road
Suite 1500
Atlanta, Georgia 30326

Kimberly D. Steven, Esquire
Hawkins Parnell Thackston & Young, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308

Allison M. Escott, Esquire
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

John Hamrick, Esquire
Holland & Knight LLP
1180 West Peachtree Street
Suite 1800
Atlanta, Georgia 30309

Dated on August 18, 2016.

**FRIED ROGERS GOLDBERG LLC**

**MICHAEL L. GOLDBERG**
Georgia State Bar Number 299472
Attorneys for Plaintiff

Two Alliance Center
3560 Lenox Road, N.E.
Suite 1250
Atlanta, Georgia 30326-4275
(404) 591-1800
(404) 591-1801 (fax)
Email: Michael@frg-law.com

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| VENUS WATERS and MARK WATERS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 2016CV00081 |
| BLUELINX CORPORATION, USA DRIVERS, | ) |
| INC., AUTOMOTIVE RENTALS, INC., JT | ) |
| MARTIN ENTERPRISES, INC., ATLANTA | ) |
| COMMERCIAL TIRE, INC. and VIRGIL | ) |
| LACEY, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| AUTOMOTIVE RENTALS, INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIDGESTONE AMERICAS TIRE | ) |
| OPERATIONS, LLC and MTR FLEET | ) |
| SERVICES, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

## PLAINTIFF VENUS WATERS' OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68 AND UNLIQUIDATED DAMAGES DEMAND PURSUANT TO O.C.G.A. § 51-12-14

### VIA STATUTORY OVERNIGHT MAIL:

TO:   Defendant Atlanta Commercial Tire, Inc. by and through counsel of record.

COMES NOW Venus Waters, ("Plaintiff"), in the above-captioned action, and pursuant to

O.C.G.A. §9-11-68 and 51-12-14, hereby offer to settle all claims against Defendant Atlanta

Commercial Tire, Inc. ("ACT") as follows:

1.

The offer to settle is for a consent judgment against ACT and payment of **SEVEN MILLION AND 00/100 DOLLARS** ($7,000,000.00) to Plaintiff Venus Waters, in exchange for a satisfaction of judgment and dismissal of all Plaintiff's claims against ACT **with prejudice**.

2.

As a condition to this offer, Plaintiff is willing to satisfy all valid liens against the claims set forth in the Complaint or against the recovery made by Plaintiff under this Offer of Settlement.

3.

This offer includes amounts for any and all claims asserted by Plaintiff in this tort action, including medical expenses, past and future loss of earnings, physical and mental pain and suffering, emotional distress, and claim for attorney's fees and/or expenses of litigation.

4.

The settlement in accordance with this offer is to be in full and final settlement of any and all claims (not limited to tort claims) by Plaintiff against ACT for the claims which form the basis of this lawsuit and which are the subject matter of this litigation.

5.

This offer of settlement is made solely for the purposes specified in O.C.G.A. §9-11-68, and is not to be construed either as an admission against interest or any limitation on the amount Plaintiff can recover in this action.

6.

The amount set forth in Paragraph 1 includes Zero Dollars ($0.00) for punitive damages.

7.

In accordance with O.C.G.A. §9-11-68, if this offer of settlement is not accepted by ACT within thirty (30) days after service of the offer, the offer shall be deemed withdrawn, and any evidence of this offer will be inadmissible except in any proceeding to recover costs and attorney's fees.

8.

This demand is also being made pursuant to the Unliquidated Damages Act O.C.G.A. § 51-12-14.

Dated on August 18, 2016.

FRIED ROGERS GOLDBERG LLC

MICHAEL L. GOLDBERG
Georgia State Bar Number 299472
Attorneys for Plaintiff

Two Alliance Center
3560 Lenox Road, N.E.
Suite 1250
Atlanta, Georgia 30326-4275
(404) 591-1800
(404) 591-1801 (fax)
Email: Michael@frg-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Offer of Settlement

has this day been served upon all counsel of record by placing a copy of same in overnight mail,

as follows:

Harry W. Bassler, Esquire
Crim & Bassler, L.L.P.
100 Galleria Parkway
Suite 1510
Atlanta, Georgia 30339

Kimberly D. Steven, Esquire
Hawkins Parnell Thackston & Young, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308

Wayne S. Melnick, Esquire
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

Allison M. Escott, Esquire
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

Jeffrey W. Melcher, Esquire
Gordon & Rees, LLP
3455 Peachtree Road
Suite 1500
Atlanta, Georgia 30326

John Hamrick, Esquire
Holland & Knight LLP
1180 West Peachtree Street
Suite 1800
Atlanta, Georgia 30309

Dated on August 18, 2016.

**FRIED ROGERS GOLDBERG LLC**

**MICHAEL L. GOLDBERG**
Georgia State Bar Number 299472
Attorneys for Plaintiff

Two Alliance Center
3560 Lenox Road, N.E.
Suite 1250
Atlanta, Georgia 30326-4275
(404) 591-1800
(404) 591-1801 (fax)
Email: Michael@frg-law.com